

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00542-CV

**IN RE** Kimberly **WRIGHT**

Original Mandamus Proceeding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

Delivered and Filed:  September 21, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On August 26, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and Respondents' response and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM